**6**

John KELLEY v. STATE. (No. 9010.) (Court of Criminal Appeals of Texas. Jan. 7, 1925.) Appeal from District Court, Anderson County; Ben F. Dent, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Anderson county of

selling intoxicating liquor, and his punishment fixed at one year in the penitentiary. There being neither statement of facts nor bills of exception in the record, and the indictment and charge of the court appearing to be in conformity with law, an affirmance will be ordered.